

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALYSSA RENE SHAW, | § | No. 08-23-00089-CR |
| Appellant, | § | Appeal from the |
| v. | § | 385th Judicial District Court |
| THE STATE OF TEXAS, | § | of Midland County, Texas |
| Appellee. | § | (TC#CR54796) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF OCTOBER, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.